IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID EDWARD COTTON,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER SHALK; DOE 1; and DOE 2,<br><br>Defendants. | Civil Action No. 24-483-CFC |

## ORDER

At Wilmington on this Sixth day of September in 2024,

For the reasons set forth in the Memorandum Opinion issued on this day, **IT IS HEREBY ORDERED** that:

1. The Complaint (D.I. 1) is **DISMISSED without prejudice**; and

2. The Clerk of the Court is directed to mark this case **CLOSED.**

_____
CHIEF JUDGE